**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jon Pickhardt (NY Bar No. JP 8590)
Scott C. Shelley (NJ Bar No. SS-1013)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Eric D. Winston (Cal. No. 202407)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Telecopier: (212) 443-3100

*Counsel for Hildene Capital Management and Hildene Opportunities Master Fund, LTD*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br><br>**ZAIS INVESTMENT GRADE LIMITED VII,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 11-20243 (RTL)** |

# DESIGNATION OF RECORD AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Hildene Capital Management and Hildene Opportunities Master Fund, LTD (collectively "Appellants"), pursuant to Federal Rule of Bankruptcy Procedure 8006, designate the following items to be included in the record on appeal and file their statement of issues to be presented in connection with the Notice of Appeal filed by Appellants on August 31, 2011 [Docket No. 149]:

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| A | 4/1/2011 | 1 | Chapter 11 Involuntary Petition. Fee Amount $ 1039. Re: Zais Investment Grade Limited VII Filed by Petitioning Creditor(s): Anchorage Capital |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Master Offshore, Ltd. (attorney Martha Baskett Chovanes), GRF Master Fund, L.P. (attorney Martha Baskett Chovanes), Anchorage Illiquid Opportunities Offshore Master, L.P. (attorney Martha Baskett Chovanes) (Attachments: # 1 Summons (Proposed)) (Chovanes, Martha) (Entered: 04/01/2011) |
| B | 4/1/2011 | 2 | Involuntary Summons Issued Anchorage Capital Master Offshore, Ltd., et al for service on Zais Investment Grade Limited VII Answer to Involuntary Petition due by 4/25/2011. (jey) (Entered: 04/04/2011) |
| C | 4/5/2011 | 3 | Certificate of Service (related document: 1 Chapter 11 Involuntary Petition. Fee Amount $ 1039. Re: Zais Investment Grade Limited VII Filed by Petitioning Creditor filed by Debtor Zais Investment Grade Limited VII, Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P., 2 Involuntary Summons Issued Anchorage Capital Master Offshore, Ltd., et al for service on Zais Investment Grade Limited VII Answer to Involuntary Petition due by 4/25/2011.) filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. (Chovanes, Martha) (Entered: 04/05/2011) |
| D | 4/26/2011 | 8 | Order for Relief (Involuntary) (related document: 1 Involuntary Petition (Chapter 11) filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P.). The following parties were served: Debtor, US Trustee and Movants' Attorney. Signed on 4/26/2011. Incomplete Filings due by 5/10/2011. List of all Creditors - Involuntary Case Due 5/3/2011. (nmd) (Entered: 04/26/2011) |
| E | 04/28/2011 | 9 | 20 Largest Unsecured Creditors filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. (Lawlor, James) (Entered: 04/28/2011) |
| F | 04/28/2011 | 10 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 04/28/2011 |
| G | 04/28/2011 | 11 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 04/28/2011. |
| H | 04/29/2011 | 12 | Notice of Hearing for STATUS CONFERENCE : related document Chapter 11 Involuntary Petition. . Hearing scheduled for 6/6/2011 at 02:00 PM at RTL - Courtroom 8, Trenton. |
| I | 04/29/2011 | 13 | Certificate of Service : Notice of Hearing for STATUS CONFERENCE |
| J | 04/29/2011 | 14 | Document re: Declaration Concerning Creditor Matrix |
| K | 04/29/2011 | 15 | Certificate of Service: 20 Largest Unsecured Creditors |
| L | 04/29/2011 | 16 | Application re: To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. Objection deadline is 5/6/2011. |
| M | 04/29/2011 | 17 | Certificate of Consent: Application re: To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. Objection deadline is 5/6/2011. |
| N | 05/01/2011 | 18 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 05/01/2011. |
| O | 05/02/2011 | 20 | Certificate of Service related document: Document re: Declaration Concerning Creditor Matrix filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. filed by Debtor Zais Investment Grade Limited VII) filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| P | 05/03/2011 | 21 | Certificate of Service related document: Order for Relief |
| Q | 05/03/2011 | 22 | Certificate of Service related document: Application re: To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| R | 05/03/2011 | 23 | Limited Objection to Application of GRF Master Fund, L.P., Anchorage Illiquid Opportunities Offshore Master, L.P. and Anchorage Capital Master Offshore, Ltd. To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof related document: Application re: To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May FIle a Chapter 11 Plan and Solicit Acceptances Thereof Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P. |
| S | 05/04/2011 | 24 | Certificate of Service related document: Limited Objection to Application of GRF Master Fund, L.P., Anchorage Illiquid Opportunities Offshore Master, L.P. and Anchorage Capital Master Offshore, Ltd. To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof filed by Creditor The Bank of New York Mellon Trust Company, N.A., as successor indenture trustee to J.P. Morgan Chase Bank, N.A., under the indenture dated as of October 19, 2005 |
| T | 05/05/2011 | 25 | Meeting of Creditors - Chapter 11. 341(a) meeting to be held on 6/2/2011 at 01:00 PM at Room 129, Clarkson S. Fisher Courthouse. Proofs of Claim due by 8/31/2011. |
| U | 05/05/2011 | 26 | Application For Retention of Professional Wollmuth Maher Deutsch LLP |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | as Attorney Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/12/2011. |
| V | 05/06/2011 | 27 | Application For Retention of Professional Maples and Calder as Special Caymen Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/13/2011. |
| W | 05/06/2011 | 28 | Notice of Appearance and Request for Service of Notice filed by John M. August on behalf of ZAIS Group, LLC. |
| X | 05/06/2011 | 29 | Application For Retention of Professional Jones Day as Special Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/13/2011. |
| Y | 05/06/2011 | 30 | Document re: Amended Notice of Application for Retention of Wollmuth Maher & Deutsch LLP as Counsel to the Debtor and Debtor-in-Possession, Nunc Pro Tunc to the Petition Date |
| Z | 05/06/2011 | 31 | Document re: Amended Notice of Application for Retention of Maples and Calder as Special Cayman Islands Counsel to the Debtor and Debtor-in-Possession, Nunc Pro Tunc to the Petition Date |
| AA | 05/06/2011 | 32 | Certificate of Service |
| BB | 05/07/2011 | 33 | BNC Certificate of Mailing - Meeting of Creditors. No. of Notices: 27. Service Date 05/07/2011. |
| CC | 05/09/2011 | 34 | Response to Application re: To Approve Consent Order Terminating the Exclusive Periods During Which the Debtor May FIle a Chapter 11 Plan and Solicit Acceptances Thereof Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. Objection deadline is 5/6/2011. |
| DD | 05/10/2011 | 35 | Certificate of Service |
| EE | 05/10/2011 | 36 | Missing Document(s): Statement of Financial Affairs, Summary of Schedule, Schedules A,B,C,D,E,F,G,H, filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| FF | 05/17/2011 | 37 | Consent Order Terminating The Exclusive Periods During Which The Debtor May File A Chapter 11 Plan And Solicit Acceptances Thereof RE: Application Filed The Petitioning Creditors |
| GG | 05/18/2011 | 38 | Chapter 11 Plan Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| HH | 05/18/2011 | 39 | Disclosure Statement Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| II | 05/19/2011 | 40 | Motion re: Motion of GFR Master Fund, L.P., Anchorage Illiquid Opportunities Master Offshore, L.P. and Anchorage Capital Master Offshore, Ltd. for an Order (I) Scheduling a Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of the Prepetition Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing Deadline and |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Procedures to Object to the Disclosure Statement and Prepackaged Plan; and (III) Approving the Form and Manner of Notice of the Combined Hearing Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P. |
| JJ | 05/19/2011 | 41 | Document re: Affidavit of Service and Vote Certification of EPIQ Bankruptcy Solutions, LLC in Connection with the Original Prepackaged Chapter 11 Plan of Reorganization for Zais Investment Grade Limited VII Proposed by GRF Master Fund L.P. Anchorage Illiquid Opportunities Offshore Master, L.P. and Anchorage Capital Master Offshore Ltd. |
| KK | 05/19/2011 | 42 | Application to Shorten Time |
| LL | 05/20/2011 | 43 | Notice of Appearance and Request for Service of Notice |
| MM | 05/20/2011 | 45 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 05/20/2011. |
| NN | 05/23/2011 | 46 | Motion to dismiss case for other reasons re: Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. |
| OO | 05/23/2011 | 47 | Declaration in support of related document: Motion to dismiss case for other reasons re: Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. |
| PP | 05/23/2011 | 48 | Objection to Scheduling Order related document: Motion re: Motion of GFR Master Fund, L.P., Anchorage Illiquid Opportunities Master Offshore, L.P. and Anchorage Capital Master Offshore, Ltd. for an Order filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P. |
| QQ | 05/26/2011 | 49 | Notice of Appearance and Request for Service of Notice |
| RR | 05/26/2011 | 50 | Limited Objection to related document: Application For Retention of Professional Jones Day as Special Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/13/2011. |
| SS | 05/26/2011 | 51 | Limited Objection to (related document: Application For Retention of Professional Wollmuth Maher Deutsch LLP as Attorney Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/12/2011. filed by Debtor Zais Investment Grade Limited VII) filed by Mitchell Hausman on behalf of United States Trustee. |
| TT | 05/26/2011 | 52 | Objection to (related document: Application For Retention of Professional Maples and Calder as Special Caymen Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| UU | 05/26/2011 | 53 | BNC Certificate of Mailing - Notice of Hearing to Dismiss Case. No. of Notices: 30. Service Date 05/26/2011. |
| VV | 05/27/2011 | 55 | Certificate of Service related document: Limited Objection to filed by U.S. Trustee United States Trustee) |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| WW | 05/27/2011 | 56 | Certificate of Service related document: Limited Objection to filed by U.S. Trustee United States Trustee |
| XX | 06/08/2011 | 63 | Document re: Supplemental Affidavit of James N. Lawlor in Further Support of Application for Retention of Wollmuth Maher Deutsch LLP as Debtor's Counsel related document: Application For Retention of Professional Wollmuth Maher Deutsch LLP as Attorney Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/12/2011. filed by Debtor Zais Investment Grade Limited VII) filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. (Lawlor, James) (Entered: 06/08/2011) |
| YY | 06/08/2011 | 64 | Document re: Supplemental Certification of Heather Lennox in Support of Application for Retention of Jones Day as Special Counsel to the Debtor (related document: 29 Application For Retention of Professional Jones Day as Special Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/13/2011. filed by Debtor Zais Investment Grade Limited VII) filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. (Lawlor, James) (Entered: 06/08/2011) |
| ZZ | 06/08/2011 | 65 | Document re: Supplemental Declaration of John Michael Dykstra in Further Support of Application for Retention of Maples and Calder as Special Cayman Islands Counsel for the Debtor (related document: Application For Retention of Professional Maples and Calder as Special Caymen Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. Objection deadline is 5/13/2011.. filed by Debtor Zais Investment Grade Limited VII) |
| AAA | 06/08/2011 | 66 | Certificate of Service related document: Document re: Supplemental Affidavit of James N. Lawlor in Further Support of Application for Retention of Wollmuth Maher Deutsch LLP as Debtor's Counsel filed by Debtor Zais Investment Grade Limited VII, Document re: Supplemental Certification of Heather Lennox in Support of Application for Retention of Jones Day as Special Counsel to the Debtor filed by Debtor Zais Investment Grade Limited VII, Document re: Supplemental Declaration of John Michael Dykstra in Further Support of Application for Retention of Maples and Calder as Special Cayman Islands Counsel for the Debtor filed by Debtor Zais Investment Grade Limited VII. |
| BBB | 06/10/2011 | 71 | Certificate of Consent. Filed by Richard M. Meth on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| CCC | 06/13/2011 | 74 | Exhibit A in support of related document: Document re: Supplemental Affidavit of James N. Lawlor in Further Support of Application for Retention of Wollmuth Maher Deutsch LLP as Debtor's Counsel filed by Debtor Zais Investment Grade Limited VII |
| DDD | 06/13/2011 | 75 | Exhibit A in support of (related document: Document re: Supplemental Declaration of John Michael Dykstra in Further Support of Application for |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Retention of Maples and Calder as Special Cayman Islands Counsel for the Debtor filed by Debtor Zais Investment Grade Limited VII) filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| EEE | 06/13/2011 | 76 | Certificate of Service related document: Document re: Supplemental Affidavit of James N. Lawlor in Further Support of Application for Retention of Wollmuth Maher Deutsch LLP as Debtor's Counsel filed by Debtor Zais Investment Grade Limited VII, Document re: Supplemental Certification of Heather Lennox in Support of Application for Retention of Jones Day as Special Counsel to the Debtor |
| FFF | 06/14/2011 | 77 | Consent Order Establishing Discovery Schedule And Related Deadlines re: related document: Certificate of Consent filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P. |
| GGG | 06/14/2011 | 78 | Order Scheduling A Combined Hearing To Consider Approval Of Disclosure Statement, Approval Of Prepetition Solicitation Procedures And Forms Of Ballots And Confirmation Of Plan, Establishing Deadlines And Procedures To Object To Disclosure Statement And Plan And Approving Form And manner Of notice Of the Combined Hearing related document: Chapter 11 Plan filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P., Disclosure Statement |
| HHH | 06/16/2011 | 79 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/16/2011. |
| III | 06/16/2011 | 80 | BNC Certificate of Mailing - Order No. of Notices: 11. Service Date 06/16/2011. |
| JJJ | 06/16/2011 | 81 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/16/2011. |
| KKK | 06/22/2011 | 83 | Order Granting Application to Employ Jones Day as Special Counsel for the Debtor NUNC PRO TUNC As Of The Petition Date |
| LLL | 06/22/2011 | 84 | Order Denying Debtor's Application to Employ Maples & Calder |
| MMM | 06/23/2011 | 85 | Order Granting Application to Employ Wollmuth Maher & Deutsch, LLP as Counsel for Debtor NUNC PRO TUNC To The Petition Date |
| NNN | 06/23/2011 | 86 | Certificate of Service related document: Order Denying Debtor's Application to Employ Maples & Calder. |
| OOO | 06/24/2011 | 88 | Certificate of Service related document: Order Granting Application to Employ Jones Day as Special Counsel for the Debtor NUNC PRO TUNC As Of The Petition Date, Order Denying Debtor's Application to Employ Maples & Calder, Order Granting Application to Employ Wollmuth Maher & Deutsch, LLP as Counsel for Debtor NUNC PRO TUNC To The Petition Date |
| PPP | 06/24/2011 | 89 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/24/2011. |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| QQQ | 06/24/2011 | 90 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/24/2011. |
| SSS | 06/24/2011 | 91 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/24/2011. |
| TTT | 06/25/2011 | 92 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 06/25/2011 |
| UUU | 07/06/2011 | 93 | Motion re: Motion for Reconsideration of Order Denying Application to Retain Maples and Calder as Special Cayman Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| VVV | 07/06/2011 | 94 | Application re: Shorten Time for Motion for Reconsideration of Order Denying Application to Retain Maples and Calder as Special Cayman Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| WWW | 07/07/2011 | 95 | Transcript regarding Hearing Held 6/6/2011 |
| XXX | 07/07/2011 | 96 | Order Granting Debtor's Application To Shorten Time Period For Notice And Setting Hearing |
| YYY | 07/08/2011 | 97 | Certificate of Service related document: Motion re: Motion for Reconsideration of Order Denying Application to Retain Maples and Calder as Special Cayman Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. filed by Debtor Zais Investment Grade Limited VII, Application re: Shorten Time for Motion for Reconsideration of Order Denying Application to Retain Maples and Calder as Special Cayman Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. filed by Debtor Zais Investment Grade Limited VII, Order Granting Debtor's Application To Shorten Time Period For Notice And Setting Hearing. |
| ZZZ | 07/09/2011 | 98 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 07/09/2011. |
| AAAA | 07/10/2011 | 99 | BNC Certificate of Mailing. No. of Notices: 14. Service Date 07/10/2011. |
| BBBB | 07/12/2011 | 100 | Response to related document: Motion to dismiss case for other reasons re:Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. filed by Creditor Hildene Capital Management |
| CCCC | 07/12/2011 | 101 | Correspondence re: Letter to the court from petitioning creditors GRF master fund & Anchorage illiquid opportunities master about the phone conference on discovery issues filed by Dwight A. Healy, Anchorage Capital Master Offshore, Ltd. on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P. |
| DDDD | 07/13/2011 | 102 | Certificate of Service related document: Response to filed by Creditor The Bank of New York Mellon Trust Company, N.A., as successor indenture trustee to J.P. Morgan Chase Bank, N.A., under the indenture dated as of October 19, 2005 |
| EEEE | 07/15/2011 | 103 | Document re: Affidavit of Service of Epiq Bankruptcy Solutions, LLC |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | related document: Chapter 11 Plan Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P., Disclosure Statement Filed by Martha Baskett Chovanes on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P. |
| FFFF | 07/15/2011 | 104 | Document re: Statement Of GRF Master Fund, L.P., Anchorage Illiquid Opportunities Master Offshore, L.P. And Anchorage Capital Master Offshore, Ltd. In Support Of The Debtors Motion For Reconsideration Of Order Denying Application To Retain Maples And Calder As Special Cayman Islands Counsel related document: Motion re: Motion for Reconsideration of Order Denying Application to Retain Maples and Calder as Special Cayman Islands Counsel Filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. filed by Debtor Zais Investment Grade Limited VII) |
| GGGG | 07/15/2011 | 105 | Objection to Motion to Dismiss Chapter 11 Case related document: Motion to dismiss case for other reasons re: Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. filed by Creditor Hildene Capital Management |
| HHHH | 07/22/2011 | 106 | Order Approving Stipulation For The Production And Exchange Of Confidential Information. The following parties were served: Debtor, Debtor's Attorney, US Trustee and Counsel for Petitioning Creditors. Signed on 7/22/2011 |
| IIII | 07/22/2011 | 107 | Document re: Joinder in Hildene motion to dismiss case related document: Motion to dismiss case for other reasons re:Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. . |
| JJJJ | 07/22/2011 | 108 | Certificate of Service related document: Document re: Joinder in Hildene motion to dismiss case |
| KKKK | 07/24/2011 | 109 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 07/24/2011 |
| LLLL | 07/25/2011 | 110 | Motion to Seal RE: related document(s) Motion to Dismiss Case |
| MMMM | 07/25/2011 | 111 | Application to Shorten Time related document: Motion to Seal related document(s) Motion to Dismiss Case |
| NNNN | 07/26/2011 | 112 | Order Granting Application to Shorten Time and Denying request to exceed page limits set by Local Rules for Reply Brief related document: Motion to Seal |
| OOOO | 07/26/2011 | 113 | Certificate of Service related document: Document re: Statement Of GRF |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Master Fund, L.P., Anchorage Illiquid Opportunities Master Offshore, L.P. And Anchorage Capital Master Offshore, Ltd. In Support Of The Debtors Motion For Reconsideration Of Order Denying Application To Retain Maples And Calder As Special Cayman Islands Counsel |
| PPPP | 07/26/2011 | 114 | Certificate of Service related document: Objection to Motion to Dismiss Chapter 11 Case filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P. |
| QQQQ | 07/26/2011 | 116 | Response to related document: Motion to dismiss case for other reasons re:Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. |
| RRRR | 07/27/2011 | 117 | Supplemental Response to related document: 4 Motion to dismiss case for other reasons re: Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. |
| SSSS | 07/28/2011 | 118 | Document re: /Joinder Of Babson Capital Management to Motion Of Hildene Capital Management and Hildene Opportunities Master Fund, Ltd to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §§ 305 and 1112 or, In The Alternative, Abstain Pursuant To 11 U.S.C. § 305 related document: Motion to dismiss case for other reasons re: Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. |
| TTTT | 07/28/2011 | 119 | Document re: /Verified Statement of Quinn Emanuel Urquhart & Sullivan, LLP Pursuant to Bankruptcy Rule 2019 |
| UUUU | 07/28/2011 | 120 | Motion to Seal. Filed by Richard M. Meth on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| VVVV | 07/28/2011 | 121 | Application to Shorten Time related document: Motion to Seal. filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P.) Filed by Richard M. Meth on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. |
| WWWW | 07/28/2011 | 122 | Document re: Declaration Of Dwight A. Healy In Response To Reply Of Hildene Capital Management And Hildene Opportunities Master Fund, Ltd. To Anchorage's Opposition To Motion To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Section 305 And 1112 Or, In The Alternative, Abstain Pursuant To 11 U.S.C. Section 305 related document: Response to filed by Creditor Hildene Capital Management |
| XXXX | 07/28/2011 | 123 | Document re: Statement of the Debtor in Response to Motion to Dismiss and Objections and Replies Thereto related document: Motion to dismiss case for other reasons re:Bad Faith/Ineligibility Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 6/20/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. filed by Creditor Hildene Capital Management, Declaration in support of filed by Creditor |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Hildene Capital Management, Objection to Motion to Dismiss Chapter 11 Case filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P. |
| YYYY | 07/28/2011 | 124 | Certificate of Service related document: Document re: Statement of the Debtor in Response to Motion to Dismiss and Objections and Replies Thereto |
| ZZZZ | 07/28/2011 | 125 | Certificate of Service related document: Document re: /Joinder Of Babson Capital Management to Motion Of Hildene Capital Management and Hildene Opportunities Master Fund, Ltd to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §§ 305 and 1112 or, In The Alternative, Abstain Pursuant To 11 U.S.C. § 305 filed by Creditor Babson Capital Management, Document re: Verified Statement of Quinn Emanuel Urquhart & Sullivan, LLP Pursuant to Bankruptcy Rule 2019 |
| AAAAA | 07/28/2011 | 126 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 07/28/2011. |
| BBBBB | 07/29/2011 | 127 | Monthly Operating Report for Filing Period April, 2011 filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| CCCCC | 07/29/2011 | 128 | Monthly Operating Report for Filing Period May, 2011 filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| DDDDD | 07/29/2011 | 129 | Document re: Second Supplemental Declaration Of Dwight A. Healy In Response To Reply Of Hildene Capital Management And Hildene Opportunities Master Fund, Ltd To Anchorage's Opposition To Motion To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 305 And 1112 Or, In The Alternative, Abstain Pursuant To 11 U.S.C. Section 305 |
| EEEEE | 07/29/2011 | 130 | Certificate of Service related document: Response to filed by Creditor Hildene Capital Management) |
| FFFFF | 07/29/2011 | 131 | Certificate of Service related document: Motion to Seal. Filed by Richard M. Meth on behalf of Anchorage Capital Master Offshore, Ltd., Anchorage Illiquid Opportunities Offshore Master, L.P., GRF Master Fund, L.P.. filed by Petitioning Creditor Anchorage Capital Master Offshore, Ltd., Petitioning Creditor GRF Master Fund, L.P., Petitioning Creditor Anchorage Illiquid Opportunities Offshore Master, L.P., Application to Shorten Time |
| GGGGG | 07/29/2011 | 132 | Certificate of Service related document: Document re: Second Supplemental Declaration Of Dwight A. Healy In Response To Reply Of Hildene Capital Management And Hildene Opportunities Master Fund, Ltd To Anchorage's Opposition To Motion To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. Sections 305 And 1112 Or, In The Alternative, Abstain Pursuant To 11 U.S.C. Section 305 |
| HHHHH | 07/29/2011 | 133 | Monthly Operating Report for Filing Period June, 2011 filed by James N. Lawlor on behalf of Zais Investment Grade Limited VII. |
| IIIII | 08/02/2011 | 134 | Transcript regarding Hearing Held 07/11/2011 related document: Chapter 11 Involuntary Petition. Fee Amount $ 1039. Re: Zais Investment Grade |

| Tab | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| | | | Limited VII Filed by Petitioning Creditor |
| JJJJJ | 08/02/2011 | 135 | Transcript regarding Hearing Held 07/29/2011 Operating Report |
| KKKKK | 08/12/2011 | 138 | BNC Certificate of Mailing. No. of Notices: 15. Service Date 08/12/2011 |
| LLLLL | 08/12/2011 | 139 | BNC Certificate of Mailing. No. of Notices: 15. Service Date 08/12/2011. |
| MMMMM | 08/16/2011 | 140 | Motion re: Leave to file post-trial brief Filed by Scott C. Shelley on behalf of Hildene Capital Management. Hearing scheduled for 8/29/2011 at 10:00 AM at RTL - Courtroom 8, Trenton. |
| NNNNN | 08/18/2011 | 141 | Response to Motion re: Leave to file post-trial brief Filed by Scott C. Shelley on behalf of Hildene Capital Management. |
| OOOOO | 08/26/2011 | 143 | Document re: Letter confirming alteration of the discovery and confirmation hearing schedule |
| PPPPP | 08/26/2011 | 144 | Order Denying Motion to Dismiss Case Filed By Hildene Capital Management The following parties were served: Debtor, Debtor's Attorney, US Trustee, Movant's Counsel. Signed on 8/26/2011. |
| QQQQQ | 08/26/2011 | 145 | Opinion related document: Motion to dismiss case for other reasons re:Bad Faith/Ineligibility filed by Creditor Hildene Capital Management. |
| RRRRR | 08/28/2011 | 146 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 08/28/2011. |
| SSSSS | 08/28/2011 | 147 | BNC Certificate of Mailing - Order No. of Notices: 1. Service Date 08/28/2011. |
| TTTTT | 08/30/2011 | 148 | Order Granting Motion Authorizing Hildene Capital Management And Hildene Opportunities Master Fund, LTD To Submit A Post-Hearing Letter Brief In Connection With Motion To Dismiss Chapter 11 Case Pursuant To 11 U.S.C. sections 305 And 1112 Or In The Alternative, Abstain Pursuant To 11 U.S.C. section 305 And (II) Shortening Time Pursuant To Bankruptcy Rule 9006(c)(2) ( |
| UUUUU | 08/31/2011 | 149 | Notice of Appeal to District Court. Fee Amount $ 255. Filed by Scott C. Shelley on behalf of Hildene Capital Management. Appellant Designation due by 09/14/2011. |

**NOTES:**

Appellants reserve the right to supplement the record on appeal with additional items.

**Statement of Issues to be Presented on Appeal**

1. Whether the Bankruptcy Court erred in rejecting Appellants' claim that the bankruptcy petition was per se filed in bad faith under 11 U.S.C. § 1112 because it was improperly filed by secured (rather than unsecured) creditors.

2. Whether, even if there is no *per se* bad faith under 11 U.S.C. § 1112 as a result of the filing creditors' ineligibility, the Bankruptcy Court erred in disregarding other circumstances that show that the filing was in bad faith.

a. Whether the petition was filed to circumvent restrictions in the applicable indenture and thereby afford the petitioning creditors a disproportionate advantage.

b. Whether, in disregarding the indenture, the Bankruptcy Court erred by relying on an inapposite provision, 11 U.S.C. § 1129(b), which applies only to "cramdown" bankruptcy plans.

c. Whether the Bankruptcy Court erred in concluding that this Debtor was in a state of "financial distress" that might justify a bankruptcy filing.

*[signature page follows]*

Dated: September 2, 2011
New York, New York

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ *Scott C. Shelley*

Jon Pickhardt (NY Bar No. JP 8590)
jonpickhardt@quinnemanuel.com
Scott C. Shelley (NJ Bar No. SS-1013)
scottshelley@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Eric D. Winston (Cal. No. 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Telecopier: (212) 443-3100

*Counsel to Hildene Capital Management and Hildene Opportunities Master Fund, LTD*